UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

Case No.  SACV 09-00519-CJC(MLGx)                             Date  February 28, 2010

Title  Aveli Clay v. BNC Mortgage Inc., et al

---

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

None Present                                            None Present

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AND NOT COMPLYING WITH THE COURTS ORDER

   Plaintiffs filed this action on May 4, 2009.  On February 16, 2010, this Court issued an Order to show cause why the case should not be dismissed for lack of prosecution.   Plaintiff has failed to respond to the Court's Order to show cause.

   Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

:  0

Initials of Preparer   mu